FRIENDS OF GOVERNOR TOM KEAN, THE AUTHORIZED COM-
MITTEE FOR THE RE-ELECTION OF GOVERNOR THOMAS H.
KEAN v. THE NEW JERSEY ELECTION LAW ENFORCEMENT
COMMISSION, AN AGENCY OF THE STATE OF NEW JERSEY.

JOSEPH AZZOLINA AND JOAN SMITH v. THE NEW JERSEY
ELECTION LAW ENFORCEMENT COMMISSION, AN
AGENCY OF THE STATE OF NEW JERSEY.

September 27, 1985.

It is ORDERED that the judgment below is affirmed, all
Justices concurring in the result applied to this election, but for
differing reasons. Opinions will follow (see 102 *N.J.* 319 (1985)).

Chief Justice WILENTZ and Justices CLIFFORD, HAN-
DLER, POLLOCK, O'HERN and GARIBALDI join in this
Order.

Justice STEIN did not participate.

STATE OF NEW JERSEY v. CHRISTOPHER RIGHETTI.

October 3, 1985.

Petition for certification denied.

MACK PARAMUS CO. v. THE MAYOR AND COUNCIL
OF THE BOROUGH OF PARAMUS.

BOROUGH OF MIDLAND PARK v. EXCELSIOR
PANBRO COMPANIES, INC.

October 3, 1985.

Petition for certification granted. (See 201 *N.J.Super.* 508)